UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

TRAVIS SCOTT GILLIAM,            )
                                 )
         Plaintiff,              )
                                 )
v.                               )    No.   2:21-CV-197-KAC-CRW
                                 )
NURSE CARMON, JOHN DUGGER,       )
BUTCH GALLAN, RONNIE LAWSON,     )
DOCTOR MATTHEWS, TONY ALLEN,     )
LT. WOODS, MEDICAL STAFF, NURSE  )
EMMA, and GERALD T. EDISON,      )
                                 )
         Defendants.             )

# JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed herewith:

1. The Clerk is **DIRECTED** to correct the spelling of Defendant Gerald T. Edison's name on the Court's docket;

2. Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1] is **GRANTED**;

3. Plaintiff is **ASSESSED** the civil filing fee of $350.00;

4. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth in the accompanying Memorandum Opinion;

5. The Clerk is **DIRECTED** to provide a copy of this Judgment Order and the accompanying Memorandum Opinion to the custodian of inmate accounts at the institution where Plaintiff is now confined and the Court's financial deputy;

6. Plaintiff's motions to appoint counsel [Docs. 5, 12] are **DENIED**;

7. Plaintiff's motions to amend his complaint [Docs. 7, 11] are **DENIED**;

8. Plaintiff's "Letter of Advisements" [Doc. 14], to the extent that it could be construed as a motion to amend Plaintiff's complaint, is **DENIED**;

9. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under Section 1983;

10. Accordingly, Plaintiff's motion for Court intervention in a "Life[-]Threatening Medical Emergency" [Doc. 3] is **DENIED** and this action is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A;

11. Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

12. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

                                                s/Katherine A. Crytzer
                                                KATHERINE A. CRYTZER
                                                United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT